REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY M. GILLIAM; BARBARA L. GILLIAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SARM 2005-18; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; VERIPRISE PROCESSING SOLUTIONS, LLC; QUALITY LOAN SERVICES; DOES 1 through 20 inclusive herein,,<br><br>Defendants. | Case No. 17-cv-01296-DOC-JPR<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: May 09, 2017<br>FAC Filed: November 13, 2017<br>SAC Filed: July 30, 2018<br>Current Trial Date: April 16, 2019<br><br>Hearing Date: February 19, 2019<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable David O. Carter |

# JUDGMENT

Defendants Nationstar Mortgage, LLC; HSBC Bank USA, National Association, as Trustee for the Certificate Holders of SARM 2005-18; and Xome Holdings LLC's (on behalf of the dissolved entity, Veriprise Processing Solutions, LLC) (collectively, "Defendants") Motion for Summary Judgment, or, in the Alternative, Summary Adjudication, came before this Court on February 19, 2019. Plaintiffs Rickey M. Gilliam and Barbara L. Gilliam (collectively, "Plaintiffs") did not appear.

After full consideration of the evidence, matters subject to judicial notice, the points and authorities and separate statements of each party, oral arguments of counsel, the files and pleadings in this action, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication is **GRANTED** in its entirety and **JUDGMENT** is entered in favor of Defendants.

The Court finds that no triable issue of material fact exists as to Plaintiffs' remaining causes of action in their Second Amended Complaint against Defendants. Defendants are therefore entitled to judgment as a matter of law, and the action is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: February 20, 2019

*David O. Carter*
_____
Honorable Judge David O. Carter
United States District Court Judge