**MCGUIREWOODS LLP**
Leslie M. Werlin (SBN 067994)
Laura G. Brys (SBN 242100)
Piper A. Waldron (SBN 291482)
1800 Century Park East, 8th Fl.
Los Angeles, CA 90067
Telephone: 310.315.8222
Facsimile: 310.315.8210
Email: lwerlin@mcguirewoods.com
Email: lbrys@mcguirewoods.com
Email: pwaldron@mcguirewoods.com

Attorney for Defendants
Bank of America, N.A. and Recontrust Company, N.A

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RICKEY M. GILLIAM and BARBARA L. GILLIAM<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SARM 20015-18; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; VERIPRISE PROCESSING SOLUTIONS, LLC.; QUALITY LOAN SERVICES; and DOES 1 - 20, Inclusive,<br><br>Defendants. | CASE NO.: 8:17–cv–01296-DOC (JPR)<br><br>[Hon. David O. Carter, Ctrm. 9D]<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A.** |

Having granted the motion brought by defendant Bank of America, N.A. ("BANA") to dismiss with prejudice all claims against BANA (Docket No. 113), and all such claims against BANA having been dismissed by this Court with prejudice, and

Having granted the motion brought by defendant Recontrust Company, N.A. ("Recontrust") to dismiss with prejudice all claims against Recontrust (Docket No. 62), and all such claims against Recontrust having been dismissed by this Court with prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that judgment shall be and hereby is entered in favor of BANA and Recontrust and against Plaintiffs Rickey M. Gilliam and Barbara A. Gilliam ("Plaintiffs) and that Plaintiffs shall take and recover nothing against BANA or Recontrust in this action. BANA and Recontrust shall recover their costs as allowed by law.

**IT IS SO ORDERED.**

DATED: March 4, 2019

*David O. Carter*
Honorable Judge David O. Carter
United States District Court Judge